IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR - 3 2014

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| DEBBIE BRUTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:14-CV-083-A |
| | § | |
| CAROLYN W. COLVIN, ACTING | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

ORDER

Plaintiff, Debbie Bruton, filed the instant civil action on February 6, 2014, naming as defendant Carolyn W. Colvin, Acting Commissioner of Social Security. In conjunction with her complaint, plaintiff also filed a motion to proceed in forma pauperis. The United States Magistrate Judge on February 6, 2014, issued his findings and conclusions that plaintiff had sufficient financial resources available to pay the required filing fee, and recommended that plaintiff's application to proceed in forma pauperis be denied. The magistrate judge also recommended that plaintiff be required to pay the full filing and administrative fees of $400.00 within seven days of the date the court ruled on any objections plaintiff may have to the magistrate judge's report and recommendations. As of the date

...

this order is signed, plaintiff has filed nothing in response to the magistrate judge's order.

Therefore,

The court accepts the recommendations of the magistrate judge and ORDERS that plaintiff's motion to proceed <u>in forma pauperis</u> be, and is hereby, denied.

The court further ORDERS that plaintiff by 4:00 p.m. on March 10, 2014, pay to the Clerk of the court the full filing and administrative fees of $400.00.

The court further ORDERS that failure of plaintiff to comply with the terms of this order may result in the dismissal of this action without further notice as a sanction or pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

SIGNED March 3, 2014.

_____
JOHN McBRYDE
United States District Judge

2